

E-FILED
Wednesday, 14 February 2018 01:45:29 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 1 4 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CENTREL DIVISION

| | | |
|---|---|---|
| Myron Simmons | ) | |
|     Plaintiff | ) | |
| | ) | |
|     V | ) | Civil Case # _18-1062_ |
| | ) | |
| Rockford Housing Authority, | ) | |
| Unknown Fax Agency for Rockford | ) | |
| Housing Authority, | ) | |
| Bloomington Housing Authority, | ) | |
| Unknown Agency for Bloomington et al. | ) | |
|     Defendants | ) | Judge; _____ |
| | ) | |
| | ) | |

## PLAINTIFF COMPLAINT
### Pursuant to:

Title U.S.C. Section 242 Deprivation of Rights under Color of Law, Title 18 U.S.C Section 245 Federal Protected Activities, Title 18 U. S. C. Section 3631 Criminal Interference with Right to Fair Housing, and pursuant to Title 42 U. S. C. Section 14141 Pattern and Practice, Title VIII of the Civil Rights Act of 1968 (as amended by the Community Development Act of 1974 and the Fair Housing Amendments Act of 1988), 18 U.S. Code § 1343 - Fraud by wire, radio, or television, (740 ILCS 174/15) Sec. 15. Retaliation for certain disclosures prohibited, forcible poverty (20 ILCS 4080/5) Sec. 5. Legislative Findings. It is the goal of the State of Illinois that all people be free from poverty, due process.

From: Myron Simmons
1700 n School St. Apt 124
Normal, Il 61761

To: ROCKFORD, HOUSING AUTHORITY
    223 South Winnebago St
    Rockford, Illinois, 61103.

To: Bloomington Housing Authority
    104 E. Wood st #1
    Bloomington, IL 61701

To:  Unknown Agency for Rockford Housing
    223 South Winnebago St
    Rockford, Illinois, 61103.

To: Unknown of Bloomington Agency
    104 E. Wood St. #1
    Bloomington, IL 61701

**Back Ground:**

1. The plaintiff Myron Simmons is the only party who has the appropriate standing to challenge the false or fraudulent pretenses on him by the Rockford Housing Authority because he can prove he was a resident within their property (Rockford Housing Authority), nor did Plaintiff conduct the act of illegally live-in at 351 Underwood street Rockford, IL. See:

2. He is Challenging the use of this sanction against him as an abuse of this agency's discretion, and as unconstitutional, See: *Village of Chatham V. County of Sangamon,* 837 N.E. 2d 29 (Ill., September 22, 2005), *Flynn V. Ryan*, 199 Ill. 2d. 430, 264 Ill. Dec. 710, 771 N. E. 2d. 414 (Ill., May 23, 2002)

3. The Plaintiff, Myron Simmons applied for housing/ Transfer to his own apartment within the Rockford Housing Authority on February, 18, 2014.

4. That the Plaintiff moved to Bloomington Ill from Rockford, Ill in 2015.

5. On 6th day of July 2015 Plaintiff filed out an application for Housing with the Bloomington Housing Authority.

6. Rockford Housing Authority faxed documents to the Bloomington Housing Authority, stating that Plaintiff never was a resident of Rockford Housing Authority. See: forcible poverty (20 ILCS 4080/5)

7. On 12th day of December 2015 Plaintiff filed for a hearing with the Bloomington Housing Authority on their denying him housing, hearing was held on 3rd, day of February, 2016, in regards to Bloomington Housing Authority denying Mr. Simmons a lease within the Bloomington Housing Authority.

8.  On the 3ʳᵈ day of February, 2016 Mr. Simmons found out the action of Rockford Housing Authority, and was denied again do to the fax from Rockford Housing Authority to Bloomington Housing Authority. This act on behalf of Rockford Housing Authority was a forcible poverty act on Plaintiff and his daughter. See: forcible poverty (20 ILCS 4080/5)

9.  Bloomington unknown Agency, altered Plaintiff application for housing assistance, within the Bloomington Housing Authority.

10. Said altering of document prolonged Plaintiff receiving his denial for housing within the Bloomington Housing Authority.

**Legal Claims:**

*1.* PLAINTIFF Myron Simmons, Pro se' without an attorney, and hereby moves this Court, pursuant to Title 18 U.S.C. 241, deprivation of rights under (color of law), a plaintiff must allege: (b) *(1) express or implied agreement among defendants to deprive plaintiff of his or her constitutional rights and (2) actual deprivation of those rights in the form of overt acts in furtherance of the agreement, see Scherer v. Balkema, 840 F.2d 437, 442 (7ᵗʰ Cir. 1988).* Title U.S.C. Section 242 Deprivation of Rights under Color of Law, Title 18 U.S.C Section 245 Federal Protected Activities, Title 18 U. S. C. Section 3631 Criminal Interference with Right to Fair Housing and pursuant to Title 42 U. S. C. Section 14141 Pattern and Practice, to state a claim under the 42 U.S.C. 1983, *Plaintiff*

4

*must show he was deprived of a federal right, privilege or immunity by a person action*

*under color of state law. 42 U.S.C. 198,* Title 18 U.S.C. Section 242 Deprivation of

Rights under Color of Law, *Tile 42 U.S.C., section 3631 Criminal Interference with Right*

*to Fair Housing*

2.  To state a claim under the 42 U.S.C. 1983, Plaintiff must show he was deprived of a

    federal right, privilege or immunity by a person action under color of law 42 U.S.C. 1983

3.  Plaintiff Complaint statutes in question are Reconstruction Era civil rights statutes

    making it criminal to deprive a person of right protect by the Constitution or laws of the

    United State under "color of law". See United State v. Price, 383 U.S. 787, 801-

    806(1996) (setting out the origins of statutes and their history form 1866 thought 1966).

    Consequently, we have ample guidance from the Supreme Court concerning the proper

    interpretation of the phrase "color or law." see In United States v. Classic, 313 U.S.

    299(1941), the Supreme Court found that state election officials who altered ballots were

    acting under color of state law, because the alleged acts of the defendants were

    committed in the course of their performance of duties under the Louisiana statute

    requiring them to count the ballots, to record the result of the count, and to clarify the

    result of the election.

4.  Misuse of power, possessed by virtue of the state law and mad possible only because the

    wrongdoer is clothed with the authority of the state law. Is an action taken "under color of

    law", in Class, 313 U.S. 325-26? in Screws V. United States, 325 U.S.91(1945), which

    involved the beating death of a man by some law enforcement offices, the Supreme Court

    again found action under color of law, because the defendants had {a}cited under "color"

    of law making the arrest of the [the victim] and assaulting him. See: Tile 42 U.S.C.,

section 3631 Criminal Interference with Right to Fair Housing, Title 42 U.S.C. section 14141 Patterns and Practice, civil statute was a provision within the Crime Control Act of 1994, and make it unlawful for any governmental authority, or agent thereof, or any person action on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees or any governmental agency with responsibility for the administration (2) discriminatory harassment,

5. The information inquiry by the Bloomington Housing Authority from Rockford Housing Authority in the City of Rockford, Illinois property manager notification of application denial to the plaintiff Complaint through discovery has been staggering. See: Title 18 U.S.C. sections 20, deprivation of rights under (color of law); Title 18 U.S.C Section 245 Federal Protected Activities, Title 18 U. S. C. Section 3631 Criminal Interference with Right to Fair Housing, and pursuant to Title 42 U. S. C. Section 14141 Pattern and Practice

6.  Each one of these wrongdoers recognized they had no authority to take action with respect to color or law illegal ban, conspiracy, defamation of character, fundamental right to public housing that they concede is owned by the Rockford Housing Authority. Title 18 U. S. C. Section 3631 Criminal Interference with Right to Fair Housing, and pursuant to Title 42 U. S. C. Section 14141 Pattern and Practice Conduct Defendant's

7.  The Administrative Procedure Act requires an agency to define as clearly and precisely as possible the standards by which it will exercise its discretionary power in order to fully inform those affected. See *5 ILCS 100/5-20* (West 2009).

8. Accordingly, the Defendants are required to submit an Annual Plan to the Housing and Urban Development (HUD) agency of the United States Government. See *24 CFR 903.4*

*(a) (2)* (West 2009). The information the Defendants are required to submit for HUD approval under the Annual Plan, must include all of the discretionary policies of the various plan components or elements. See *24 CFR 903.7* (WEST 2009).

9. The Defendants abused their discretion discriminating against the Plaintiff, Myron Simmons; they violated both his right to due process, and violated his right to the equal protection of the laws by using an unwritten policy to discard his preliminary application form; this single act is shown to underlie the acts of fraud, the acts of corruption, and the acts of gross injustice, committed by the Defendants while exercising their discretion on September ___, 2015 , the day they discarded the preliminary application form of Myron Simmons Title 18 U.S.C. 241, deprivation of rights under (color of law), a plaintiff must allege: *(1) express or implied agreement among defendants to deprive plaintiff of his or her constitutional rights and (2) actual deprivation of those rights in the form of overt acts in furtherance of the agreement, see Scherer v. Balkema, 840 F.2d 437, 442 (7th Cir. 1988).*

10. Whoever, having devised or intending to devise any scheme or artifice to defraud, for the rental of property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire. See: 18 U.S. Code § 1343 - Fraud by wire, radio, or television.

11. The harassment because I assisted someone in obtaining their fair housing rights? See: (740 ILCS 174/15) Sec. 15. Retaliation for certain disclosures prohibited.


1. **IDENTIFICATION OF THE DEFENDANTS ACTIONABLE CONDUCT OF THE ROCKFORD HOUSING AUTHURITY (UMBRELLA) WILL BE ADDED WITHIN DISCOVERY.**

Defendants:

Rockford Housing Authority is a government agency.

Who employed

Blackhawk Development Manager Name is unknown at this time.

Bloomington Housing Authority is a government agency.

Who employed

Unknown name of Bloomington Housing Agency.

**WHEREFORE**, for the foregoing reasons Honorable Federal District Court prays that this Honorable Federal District Court will grant as follows;

Plaintiffs' request for jury trial

Remedy;
1. 1.5 million dollars
2. Plaintiff is suing each Defendants' individual and in persona
3. Retraining Rockford Housing Authority and Bloomington Housing Authority staff on HUD`S policy.

Date; *Feb 12* 2018

Myron Simmons

/309-706-5717

8

UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CENTREL DIVISION

| | | |
|---|---|---|
| Myron Simmons | ) | |
|      Plaintiff | ) | |
| | ) | |
| V | ) | Civil Case #_____ |
| | ) | |
| Rockford Housing Authority, | ) | |
| Unknown Fax Agency for Rockford | ) | |
| Housing Authority, | ) | |
| Bloomington Housing Authority, | ) | |
| Unknown Agency for Bloomington et al. | ) | |
|      Defendants | ) | Judge; _____ |
| | ) | |
| | ) | |

# <u>CERTIFICATE OF SERVICE</u>

The undersigned Pro Se deposes and states that a copy of the foregoing was served upon the above named, at the address, by depositing same in the U.S. MAIL in Bloomington, with proper postage prepaid and / or by e-mailing same via CN/ECF Filing at his / her email address or file in days of February 12th, 2018.

To: ROCKFORD, HOUSING AUTHORITY
    223 South Winnebago St
    Rockford, Illinois, 61103.

To: Bloomington Housing Authority
    104 E. Wood st #1
    Bloomington, IL 61701

To:  Unknown Agency for Rockford Housing
    223 South Winnebago St
    Rockford, Illinois, 61103.

To: Unknown of Bloomington Agency
    104 E. Wood St. #1
    Bloomington, IL 61701

**PLEASE TAKE NOTICE**    The undersigned Pro, se deposes and states that a copy of the foregoing was served upon the above named, at the above address, by depositing same in the U.S. Mail in Bloomington, IL.

/S/ *Myron Simmons*
Myron Simmons
1700 n School St. Apt 124
Normal, Il 61761

9

# Attachments

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Myron Simmons

**DEFENDANTS**
Unknown tax Agent for Rockford Housing Authority

**(b)** County of Residence of First Listed Plaintiff   McLean
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Winnebago
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Myron Simmons
1700 N. School st apt 124
Normal, Il 61761

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☒ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☒ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☒ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Civil Rights Act, Fair Housing Act 1968
Brief description of cause:
Rockford Housing agent for false statements to Bloomington Housing

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $   1.5 million dollars
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   2/12/18
SIGNATURE OF ATTORNEY OF RECORD   Myron Simmons

**FOR OFFICE USE ONLY**

RECEIPT #   _____   AMOUNT   _____   APPLYING IFP   _____   JUDGE   _____   MAG. JUDGE   _____

JS 44   (Rev. 06/17)

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
*Myron Simmons*

**DEFENDANTS**
~~Myron Simmons~~ *Rockford Housing Authority*

**(b)** County of Residence of First Listed Plaintiff   *McLean*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   *Winnebago*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Myron Simmons*
*1700 N. School St. Apt 124*
*Normal, Il 61761*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☒ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                                   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☒ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☒ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☒ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☒ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☒ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☒ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
*Civil Rights, Fair Housing Act 1968*
Brief description of cause:
*An Agent for Rockford Housing fax false statements to*

**VII. REQUESTED IN
COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
*1.5 million dollars*

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S)
IF ANY**
*(See instructions):*
JUDGE                                    DOCKET NUMBER

DATE   *2/12/18*
SIGNATURE OF ATTORNEY OF RECORD   *Myron Simmons*

**FOR OFFICE USE ONLY**

RECEIPT #                AMOUNT                APPLYING IFP                JUDGE                MAG. JUDGE

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** *Myron Simmons*

**DEFENDANTS** *Unknown Agent for Bloomington Housing*

**(b)** County of Residence of First Listed Plaintiff *McLean*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *McLean*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Myron Simmons*
*1700 N. School St Apt 104*
*Normal, IL 61761*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                    Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☒ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☒ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☒ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☒ 441 Voting
- ☐ 442 Employment
- ☒ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**V. ORIGIN** *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*Civil Rights Act, Fair Housing Act 1968*
Brief description of cause:
*Said Agent alter plaintiff application for Housing*

**VII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ *1.5 million dollars*
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE _____ DOCKET NUMBER _____

DATE *2/12/18*    SIGNATURE OF ATTORNEY OF RECORD *Myron Simmons*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Myron Simmons*

### DEFENDANTS
*Bloomington Housing*

**(b)** County of Residence of First Listed Plaintiff *McLean*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *McLean*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Myron Simmons*
*1700 N School St Apt 124*
*Normal IL 61761*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability — Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & — ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander — Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☒ 330 Federal Employers' — Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability — ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine — Injury Product | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product — Liability | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability — **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle — ☒ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle — ☐ 371 Truth in Lending | | ☐ 862 Black Lung (923) | ☒ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | Product Liability — ☐ 380 Other Personal | ☐ 720 Labor/Management Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 360 Other Personal — Property Damage | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | Injury — ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| | ☐ 362 Personal Injury - — Product Liability | ☐ 751 Family and Medical Leave Act | | |
| | Medical Malpractice | | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights — **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☒ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☒ 443 Housing/ — ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | Accommodations — ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - — **Other:** | ☐ 462 Naturalization Application | | |
| | Employment — ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 446 Amer. w/Disabilities - — ☐ 550 Civil Rights | | | |
| | Other — ☐ 555 Prison Condition | | | |
| | ☐ 448 Education — ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*Fair Housing Act 1968*
Brief description of cause:
*An Agent for Bloomington Alter Plaintiff application for Housing*

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ *1.5 million dollars*
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE *2/12/18*
SIGNATURE OF ATTORNEY OF RECORD *Myron Simmons*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



January 26, 2016

Myron Simmons
1909 Tracy Drive, # 6
Bloomington, IL 61704

Dear Mr. Simmons:

You have requested a hearing to appeal the denial of your application for public housing. That hearing will be held at the Housing Authority administrative office at 104 East Wood Street on **Wednesday, February 3 at 2:00 PM**. When you get to the office, please tell the receptionist you have an appointment with Jeremy Hayes.

**Please call me at 829-3360 ext. 214 when you receive this letter** to confirm that you will be able to attend.  In the meantime, I encourage you to seek out other housing options. I have attached a list of subsidized housing apartments in the Bloomington/Normal area that may be suitable for you.  Please keep a record of any other housing options that you apply for and bring that with you to the hearing.

Sincerely,

Jeremy Hayes
Development Director

*Providing quality affordable housing opportunities and services.*

104 East Wood Street  •  Bloomington, Illinois 61701
Phone 309-829-3360  •  Fax 309-829-4644  •  TDD 1-800-546-1833 ext. 278



**ROCKFORD HOUSING AUTHORITY**

*Quality People, Quality Homes, Quality Neighborhoods, for a Quality Rockford*
*1015 W. Jefferson St. Rockford, IL 61101 (815)489-8690 Fax (815)489-8695*

9/12/2011

Tyisha Smith
351 Underwood St
Rockford, IL 61101

**\*PLEASE SIGN AND RETURN**
**TO THE OFFICE**

## Notice of Review Determination

In compliance with the Housing and Urban Development Regulations the Lease between Rockford Housing Authority and Tyisha L Smith entered 11-17-2009 being amended as follows:

() **Re-examination**
   Annual review of family income and/or composition

(X) **Interim**
   Interim change in family income/composition

Based on the information provided by you to the Fairgrounds Valley Management Office your monthly rent payable to Rockford Housing Authority is:

## $171.00 is Effective for 09-01-2011
## \*Added Myron Simmons

Please be advised that should you have reason to believe that your new rental amount is incorrect, you may request an informal review. At the review you will be informed as to how your rent was determined. To request a review, make the request in writing to your manager. Your request must be made within 10 days of the date of this notice.

If you have any questions please contact Fairgrounds Valley at (815) 489-8690.

*Zondra Carson*
*Property Manager-Fairgrounds Valley*



EQUAL HOUSING
OPPORTUNITY
7/03





## HEARING REQUEST

I would like to request a hearing regarding my recent application denial.

DATE _12/11/15_

PRINTED NAME _Myron Simmons_

SIGNED NAME _Myron Simmons_

CURRENT MAILING ADDRESS _1909 Tracy drive #6_
_Bloomington Il 61704_

CONTACT NUMBER _(815) 621-7108_

ADDITIONAL COMMENTS _I am asking for an_
_hearing on Bloomington Housing denial for_
_Housing_

APPLICATION DENIAL

DATE OF APPLICATION
7-14-15

c housing has been denied for the following reason(s):

or failure to respond to Housing Authority inquiries

payment of rent, eviction, poor housekeeping, disturbing
g habits which may adversely affect the health, safety or
ority staff.

of repeated, violent, or drug-related criminal activity, or
t the health, safety or welfare of Housing Authority
ernment employees.

payment of rightful obligations

n of information

ntrolled substance

rbed others

ent or committed act that would have been considered
blic housing resident or had occurred on public housing
unwillingness to comply with the terms of the BHA lease.

_____ Date of Denial: _____

an informal hearing regarding your ineligible status. You must send or
bring that request to the Housing Authority management office at 104 E. Wood St. in Bloomington, IL. You must list your name, address,
and phone number (if available) in order to be considered for a hearing. You may not reapply for public housing for six months.

11/09

*Providing quality affordable housing opportunities and services.*

104 East Wood Street • Bloomington, Illinois 61701
Phone 309-829-3360 • Fax 309-829-4644 • TDD 1-800-546-1833 ext. 278

HOUSING AUTHORITY
of The City of
BLOOMINGTON
ILLINOIS
104 East Wood Street
Bloomington, Illinois 61701

Myron Simmons
502 W. Grove #5
Bloom'y

NIXIE    620    5E    1009

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 617 9167 9193    *2660-12660-13

61701-5057    6170106791

**ROCKFORD HOUSING AUTHORITY**
223 S. Winnebago Street, Rockford, IL 61102

07/05/2011

Myron Simmons
351 Underwood St
Rockford IL 61101

Dear Myron Simmons,

We have reviewed your application for Public Housing and regret to inform you that we have found you non-eligible to be added to your lease based on a record of criminal behavior that **would adversely affect the physical or social environment of the development and other residents.**
*09cf3541 x2 (Winnebago County)*

If you disagree with our decision, Tyisha Smith must request an Informal Review in writing within **ten (10) days** of the date of this letter. You have the right to an informal review before an impartial decision maker. Though it is not required, you do have the right to be represented by an attorney or any other person of your choosing at the review. You will be given an opportunity to show why you believe that our reasons for denying your application are in error. You may present any witnesses or evidence you feel supports your claim.

A written request must be mailed to:

Rockford Housing Authority
Fairgrounds Office
1015 W. Jefferson Street
Rockford, IL 61102    Attn: Zondra Carson

Absolutely, no requests will be taken by phone. When your written request is received within the 10-day time frame, a review date will be set and you will be notified by mail.

Sincerely,

Kevin Martin
Security Analyst
Cc: Applicant File

*Title 18, Section 1001 of the U.S. Code states that a person is guilty of a felony for knowingly and willingly making false or fraudulent statements to any department of the United States Government. HUD and any owner (or any employee of HUD or the owner) may be subject to penalties for unauthorized disclosures or improper use of information collected based on the consent form. Use of the information collected based on this verification form is restricted to the purposes cited above. Any person who knowingly willingly requests, obtains or discloses any information under false pretenses concerning an applicant or participant may be subject to a misdemeanor and fined not more than $5,000. Any applicant or participant affected by negligent disclosure of information may bring civil action for damages, and seek other relief, as may be appropriate, against the officer or employee of HUD or the owner responsible for the unauthorized disclosure or improper use. Penalty provisions for misusing the social security number are contained in the Social Security Act at 42 U.S.C. 208(f)(g) and (h). Violation of these provisions are cited as violation of 42 U.S.C. 408 (f), (g)and (h).

**ahrma**  **insurance program**
888-714-8499 | www.betweenyouandthebadstuff.com

New Address

Myron Simmons
1909 Tracy Drive #6
Bloomington Il. 61704

RECEIVED
SEP 2 1 2015
HOUSING AUTHORITY
CITY OF BLOOMINGTON





# Landlord Reference Form

The Housing Authority verifies the residential history of all applicants for public housing. We understand that the person listed below is a former or current tenant at your property. Please provide as much information as possible. If you have any questions, please call or e-mail using contact information at the bottom of this sheet.

| CURRENT/FORMER LANDLORD | APPLICANT FOR HOUSING: |
|---|---|
| NAME _BHA_ | NAME _Myron Sinmor_ |
| ADDRESS _203 S. Winnebago_ _Peoria IL 60100_ | ADDRESS DURING TENANCY _351 Underwood_ |
| PHONE/FAX/E-MAIL | APPROXIMATE DATES OF TENANCY _2010-2014_ |

_NEVER A Resident; banned from property permanently_

How long did the applicant reside at your property? _____

Monthly rent: _____    Number of people in residence: _____

If rent was subsidized, check which program: ☐ Tax Credit  ☐ Section 8  ☐ Public Housing  ☐ Other: _____

Did the applicant pay late or have a history or NSF checks? _____

Did the applicant violate terms of the lease, permit illegal behavior, disturb other tenants, or damage the unit beyond normal wear and tear? If you are aware of any such behavior, please describe below:

_____

_____

_____

Did the applicant give you the required notice of move-out? _____

Please indicate any outstanding balance for rent, damages, or other charges and the reason for those charges:

_____

_____

Would you rent to the applicant again or recommend him or her to other landlords? Indicate why or why not.

_____

_____

Name & title of person completing form (please print): _____

Signature: _____    Date: _____    Phone #: _____

Fax completed form to **309-829-4644**, scan & e-mail to ambers@bloomingtonha.com or mail to address below.
**QUESTIONS?** Call or e-mail the Housing Authority's Application intake Clerk at 309-829-3350, ext. 215.

HOUSING AUTHORITY OF THE CITY OF BLOOMINGTON  •  104 E. WOOD STREET  •  BLOOMINGTON, ILLINOIS 61701

## PRE-APPLICATION FOR PUBLIC HOUSING
### PERSONAL DECLARATION

Please fill out this form **IN YOUR OWN HANDWRITING**. You must *copy the exact legal name* as it appears on each Social Security Card. You must furnish Social Security Numbers for all people in the household.

RACE (Check 1)          Ethnicity (Check 1)

__White                 __Hispanic          Do you require any modifications or accommodations
✓Black                  __Non-Hispanic      in order to fully utilize the unit or the program and its
__American Indian/Alaska Native             services?   (Yes/No) ___ if yes explain _____
__Asian or Pacific Islander

Name _Myron  Simmons_          How long have you lived Current Address? ~~2yrs~~

Street address ~~533 N Independence~~          City and State _Rockford Il_

Mailing address _522 West Grove st. #5_   Home telephone (815) _621 - 7108_
                _Bloomington, Il 6001_

Business Telephone ( )_____ fax( )_____

What was your street address and city before you moved to where you live now?
Address _730 Ashland Ave, Rockford, Il 61103_

If we were unable to reach you, whom could we contact?
Name _Tasha  Simmons_          Telephone _309 - 242 - 4820_
Address _____   Relationship _Sister_

LIST ALL PERSONS WHO WILL BE LIVING IN YOUR HOME.  LIST THE HEAD OF HOUSEHOLD FIRST:

| Legal Name as appears on Social Security Card | Date of Birth | Relationship to Head of Household | Social Security Number | Indicate if Married (M), Widowed (W), Separated (S), Divorced (D), Never Married (NM) | |
|---|---|---|---|---|---|
| 1. Myron Simmons | 05/04/08 | SELF | 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 | D | Year 2014 |
| 2. Tierney C. Simmons | 09/08/09 | daughter | 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 | NM | Year___ |
| 3. | | | | | Year___ |
| 4. | | | | | Year___ |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |

Fill in below about the children in the home:

| Children (Name as appears on **Social Security Card**) | School Name and Grade | Absent Parent's Name | Absent Parent's Address |
|---|---|---|---|
| Tierney C. Simmons | St Paul (K) | Tyisha L. Smith | 351 Underwood st Rockford, Il 61101 |
| | | | |
| | | | |
| | | | |

If you are separated or divorced, list the name and address of your spouse or ex-spouse:
_Tyisha L. Smith_                    _____
Name                                 Name
_351 Underwood  St Rockford, Il_     _____
Street Address                       Street Address

1

UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CENTREL DIVISION

| | | |
|---|---|---|
| Myron Simmons | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | Civil Case #_____ |
| | ) | |
| Rockford Housing Authority, | ) | |
| Unknown Fax Agency for Rockford | ) | |
| Housing Authority, | ) | |
| Bloomington Housing Authority, | ) | |
| Unknown Agency for Bloomington et al. | ) | |
| Defendants | ) | Judge; _____ |
| | ) | |
| | ) | |

**PLAINTIFF COMPLAINT**

From: Myron Simmons
1700 n School St. Apt 124
Normal, Il 61761

**PLEASE TAKE NOTICE:** That on the 12TH day of February, 2018, I Myron Simmons the
PLAINTIFF being Pro Se, filed the above complaint before the United State District Court
Central District of Illinois by mailing copies to 309 U.S. Courthouse, 100 N.E. Monroe Street,
Peoria, IL 61602 copies of which are herewith served upon you.

To: ROCKFORD, HOUSING AUTHORITY
    223 South Winnebago St
    Rockford, Illinois, 61103.

To: Bloomington Housing Authority
    104 E. Wood st #1
    Bloomington, IL 61701

To: Unknown Fax Agency for Rockford Housing
    223 South Winnebago St
    Rockford, Illinois, 61103.

To: Name unknown for Bloomington
    104 E. Wood St. #1
    Bloomington, IL 61701

1



U.S. POSTAGE
PAID
BLOOMINGTON, IL
61701
FEB 07 18
AMOUNT
**$2.26**
R2304Y121909-01

1099        61602

United State District Court
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Il. 61602

N. School St. Apt 134
nol, Il. 61761